| | | | |
|---|---|---|---|
| Com. v. Bankhead .. | 04/11/201622, 23 EAL (2016) | Denied | Pa.Super., 135 A.3d 661 |
| Com. v. Brooks [5] ... | 03/01/2016590 MAL (2015) | Denied | Pa.Super., 125 A.3d 437 |
| Com. v. Brown [6] .... | 03/29/2016882 MAL (2015) | Denied | Pa.Super., 134 A.3d 106 |
| Com. v. Buckley [7] ... | 04/06/201604 EAL (2016) | Denied | Pa.Super., 135 A.3d 655 |
| Com. v. Burgess [8] ... | 04/12/2016642 EAL (2015) | Denied | |
| Com. v. Burbage ... | 04/05/2016552 EAL (2015) | Denied | Pa.Super., 131 A.3d 98 |
| Com. v. Cargile..... | 04/13/201635 WAL (2016) | Denied | Pa.Super., 135 A.3d 670 |
| Com. v. Collazo [9] ... | 02/08/2016891 MAL (2015) | Denied | Pa.Super., 134 A.3d 93 |
| Com. v. Creach..... | 04/04/20166 WAL (2016) | Denied | Pa.Super., 135 A.3d 656 |
| Com. v. Crise [10] .... | 04/06/2016485 WAL (2015) | Denied | Pa.Super., 134 A.3d 490 |
| Com. v. Edmonds .. | 04/12/2016443 WAL (2015) | Denied | Pa.Super., 125 A.3d 463 |

5. Justice EAKIN did not participate in the decision of this matter. Reconsideration Denied April 18, 2016.

6. Justice WECHT did not participate in the consideration or decision of this matter.

7. Justice DONOHUE did not participate in the consideration or decision of this matter.

8. Justice WECHT did not participate in the consideration or decision of this matter.

9. Justice EAKIN did not participate in the decision of this matter. Madame Justice DONOHUE did not participate in the consideration or decision of this matter. Reconsideration Denied April 4, 2016.

10. Justice WECHT did not participate in the consideration or decision of this matter.